UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                 CASE NO. 07 B 18733
    PEARL D KIRKLAND
                                       CHAPTER 13

                                       JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-0476
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/11/2007 and was not confirmed.

    The case was dismissed without confirmation 11/01/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASC | CURRENT MORTG | .00 | .00 | .00 |
| ASC | MORTGAGE ARRE | 25000.00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICA SERVICING COMPAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HOMEQ SERVICING | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MERCHANTS CR | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | 411.16 | .00 | .00 |
| SST | NOTICE ONLY | NOT FILED | .00 | |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 18733 PEARL D KIRKLAND

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/27/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE